IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 97-1863 |
| v. ) | Judge Conti |
| ) | Chief Magistrate Judge Caiazza |
| ALLEGHENY LUDLUM, et al. ) | |
| ) | ELECTRONICALLY FILED |
| Defendants. ) | |

On July 21, 2005, this Court conducted a status conference during which the United States reported on the current status of the United States' process for resolving the liability of both de minimis and de maximus parties at the Breslube Penn Superfund Site, and moved for an extension of time for certain dates in the schedule. In particular, the United States requested that under the "De Maximus Timeline," the date for the "ROD Issuance" be extended from January 2006 to July 2006, and that all three subsequent dates on the "De Maximus Timeline" be similarly extended by six months.  Having hear no objection to the United States' motion for such an extension, the Case Management Order shall be revised as follows:

**REVISED ORDER**

The United States will attempt to meet the following target dates in the **De Minimis Settlement Timeline** and the **De Maximus Timeline**.  Since there are several variables in both timelines that are not within the United States' control (such as the extent of comments on lodged de minimis consent decrees, and completion of the RI/FS) that could cause the target dates to slip, the United States will notify the Court and liaison counsel in the event that it believes one or more of these dates must be extended.  In the event that any of the dates listed below slip, any party may move the Court for a modification of this schedule.

| De Minimis Settlement Timeline | De Maximus Timeline |
|---|---|
| Lodging of First Round Consent Decree   1/05<br><br>*(received by Clerk's Office 1/6/05, captioned United States v. Aetna, Inc., et al., C.A. No. 05-15)*<br><br>Target Date for decisions on   7/05<br>remaining, more complex de minimis challenges, submitted as of 1/31/05 (if challenges submitted after that date, challenges may not be considered, or date may need to be extended).<br><br>Motion to Enter First Round   8/05<br>Consent Decree<br><br>Lodging of Supplemental Consent Decree, to First Round Decree   8/05<br><br>Second Round De Minimis   9/05<br>Settlement Offers Mailed | EPA/DOJ evaluating de maximus   1- 7/05<br>challenges while litigation remains administratively closed<br><br>Target Date for decisions on de   7/05<br>maximus challenges, submitted as of 1/31/05 (if challenges submitted after that date, challenges may not be considered, or date may need to be extended). For de maximus parties who have submitted a request to participate in a de minimis settlement, but who EPA determines are not eligible, EPA will supply, in writing, an explanation for its determination. |

| **De Minimis Settlement Timeline** | | **De Maximus Timeline** | |
|---|---|---|---|
| Motion to Enter Supplemental Round Consent Decree, (date depends on extent of comments on CD) | 11/05 | Litigation Reopened for limited period (90 days) for limited purpose of allowing the United States and/or any named defendant to add de maximus PRPs, and/or de minimis PRPs who have not signed a Consent Decree. Newly named defendants should be required to answer, then litigation should be stayed, until:<br><br>1) the U.S. notifies the Court that RD/RA negotiations have failed, and all de minimis consent decrees have been entered; or<br>2) the Court enters an RD/RA Consent Decree, and all de minimis consent decrees have been entered. | 10/05-12/05 |
| Second Round De Minimis Settlement CD lodged | 11/05 | | |

| De Minimis Settlement Timeline | | De Maximus Timeline | |
|---|---|---|---|
| | | Litigation Stayed | 1/06 |
| | | RI/FS Completed | 1/06 |
| | | ROD Issuance | 7/06 |
| Motion to Enter Second Round De Minimis CD (again, date depends on extent of comments on CD) | 3/06 | "Special Notice Letters" sent (assuming EPA decides to issue) | 8/06 |
| Note- All lodged de minimis consent decrees must be entered before any litigation against non-settling de minimis PRPs begin in earnest (*i.e.* other than adding such PRPs as defendants and requiring them to answer). | | "Good Faith Offer" from De Maximus PRPs due | 10/06 |
| | | If "Good Faith Offer" received, RD/RA negotiations | 10-12/06 |
| | | | |

IT IS SO ORDERED this 26th day of July, 2005.

                             _Francis X. Caiazza_
                             Francis X. Caiazza
                             Chief U.S. Magistrate Judge

cc:

Lisa A. Cherup
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Mary Rugala
USEPA Region III
1650 Arch Street (3RC42)
Philadelphia, PA 19103-2029

**(Liaison Counsel for Work Group Defendants)**
Thomas C. Gricks, III, Esq.
Eckert, Seamans, Cherin, Mellott
1001 Corporate Drive
Suite 200, Summit Corporate Center
Canonsburg, PA 15317

Richard Hosking, Esq.
Kirkpatrick & Lockhart
1500 Oliver Building
Pittsburgh, PA 15222-5379

Timothy Hoffman, Esq.
Coolidge, Wall, Womsley & Lombard
33 West First Street
Suite 600
Dayton, OH 45402

Joseph L. Luciana, III, Esq.
Kirkpatrick & Lockhart, LLP
1500 Oliver Building
Pittsburgh, PA 15222-2312

Daniel M. Darragh, Esq.
Buchanan Ingersoll, P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Louis A. Naugle, Esq.
Reed, Smith, Shaw & McClay, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

David Roach, Esq.
Jeff Carlino
Blair & Roach
2645 Sheridan Drive
Tonawanda, New York 14150

Scott Gould, Esq.
McNees, Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166

R. Paul Roecker, Esq.
Greenberg Traurig P.A.
111 North Orange Avenue, Suite 2050
P.O. Box 4923
Orlando, Florida 32802-4923

William J. Cluck, Esq.
Saul, Ewing, Remick & Saul, LLP
Penn National Insurance Tower
Two North Second Street, 7th Floor
Harrisburg, PA 17101

Mary Beth Deemer, Esq.
Jones, Day, Reavis & Pogue
One Mellon Bank Center
500 Grant Street, 31st Floor
Pittsburgh, PA 15219

Russell S. Warner, Esq.
MacDonald Illig Jones, & Britton, LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1498

Jonathan R. Black
99 Derby Street
Suite 200
Hingham, MA 02043

Joseph R. Brendel, Esq.
Thorpe, Reed & Armstrong
301 Grant Street
One Oxford Center
Pittsburgh, PA 15219

Ross S. Bash, Esq.
Ross S. Bash Law Offices
2 West Pittsburgh Street
Delmont, PA 15626-1430

Michael Bogdonoff, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Lindsay Howard, Esq.
Babst, Calland, Clements
Two Gateway Center
Eighth Floor
Pittsburgh, PA 15222